JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL E TWINING, on behalf of himself and of all others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>PALMER SYSTEMS, INC. d/b/a SONOMA COUNTY CREDIT SERVICE<br><br>DEFENDANTS. | **Case No.: 8:15-CV-02147-JLS-KES**<br><br>**ORDER RE: STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Assigned to the Hon. Josephine L. Staton |

**<u>ORDER</u>**

Having reviewed the Stipulation by and between Plaintiff MAXWELL E. TWINING and Defendants PALMER SYSTEMS, INC. d/b/a SONOMA COUNTY CREDIT SERVICE ("Palmer") concerning the voluntary dismissal with prejudice of the above-entitled action pursuant to written settlement agreement conditioned on this Court retaining jurisdiction to enforce the settlement agreement

under California Code of Civil Procedure §664.6 and pursuant to *Hagestad v. Tragesser* (1995) 49 F.3d 1430, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

    1.    Plaintiff's claims are to be dismissed with prejudice, while the claims of any putative class are to be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: December 13, 2016

                              Hon. Josephine L. Staton
                              United States District Judge